JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARTANIAN ROSS,<br><br>　　　　Plaintiff,<br><br>VS<br><br>FLIXBUS INC., A Company Licensed to do Business in the State of California; Jeff (LNU) an Individual; Michael Antonio Delgado Poveda and Does 1 to 20, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-CV-03320-RGK-MAR<br><br>**ORDER RE:**<br>**STIPULATION TO REMAND**<br>**CASE TO STATE COURT [11]**<br><br>DATE:<br>JUDGE: R. Gary Klausner (JP)<br>TIME:<br>COURT ROOM: 850 |

The Court having received the Stipulation entered between plaintiff Dartainian Ross and Defendant, Flixbus Inc to remand this matter to State Court, the Court having considered all papers filed in connection with this motion hereby orders, adjudges and decrees that plaintiff's Stipulation is granted. This matter is hereby remanded to State Court.

Dated: June 6, 2023

_____
Judge R. Gary Klausner